SAMUEL L. HORNSTEIN, Respondent, *v.* W. HARRY LISTER et al., as Members of the Board of Trustees of the Incorporated Village of Rockville Centre, Appellants.

Argued May 18, 1950; decided June 2, 1950.

*Edgar T. Beamish* for appellants.

*Albert H. Levine* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.